FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 1 8 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 25 - 4822 KG |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 922(g)(1) and 924: Felon in |
| | ) | Possession of a Firearm and Ammunition. |
| **MIGUEL CHACON,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## I N D I C T M E N T

The Grand Jury charges:

On or about August 26, 2025, in Bernalillo County, in the District of New Mexico, the

defendant, **MIGUEL CHACON**, knowing that he had been convicted of at least one crime

punishable by imprisonment for a term exceeding one year, specifically:

      (1)     aggravated assault with a deadly weapon,

      (2)     shooting at or from a motor vehicle, and

      (3)     possession of a controlled substance,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

### FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant,

**MIGUEL CHACON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28

U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s),

including, but not limited to:

    a.   a black Kel Tec Sub 2000 pistol-caliber rifle, bearing serial number EOV40; and

b.  approximately 22 Luger 9 mm rounds of ammunition.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney