AO 442 (Rev. 11/11) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 23 2025

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT

2025 NOV 19 AM 10: 16

for the

District of New Mexico

United States of America

v.

MIGUEL CHACON

_____
Defendant

)
)
)
)
)
)
)

Case No.   CR 25-4822 KG

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MIGUEL CHACON _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition.

Date:     11/18/2025 _____          _N. Maestas_____
                                                                *Issuing officer's signature*

City and state:    Albuquerque, New Mexico _____          Mitchell R. Elfers, Clerk of Court
                                                                           *Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* 11/19/2025 , and the person was arrested on *(date)* 12/19/2025
at *(city and state)*   Clayton, NM _____ .

Date: 12/19/2025 _____

_____
*Arresting officer's signature*

Robert J. Donny SDUSM
*Printed name and title*

Brought in on a WRIT